JARED MARTIN #1199594
Name and Prisoner/Booking Number

MADERA COUNTY JAIL
Place of Confinement

145 TOZER STREET
Mailing Address

MADERA, CA 93638
City, State, Zip Code

FILED
JUL 25 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED ANDREW MARTIN,
(Full Name of Plaintiff)    Plaintiff,

v.

(1) KATHLEEN ALLISON,
(Full Name of Defendant)
(2) HOWARD E. MOSELEY,
(3) NURSE KIMBA,
(4) NURSE CHAVEZ,
    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22CV00914 SAB(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

RECEIVED
JUL 25 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: KERN VALLEY STATE PRISON

DEFENDENTS

City of SACRAMENTO

County of KERN

City of DELANO

County of MADERA

City of CHOWCHILLA

THERE IS FAR TOO MUCH CORRUPTION AND ABUSE OF POWER WITHIN THE GOVERNMENT. I HAVE BEEN VICTIMIZED BY THOSE WHO CLAIM TO BE ENFORCERS OF THE LAW. FROM CORRECTIONAL OFFICERS, TO DISTRICT ATTORNEYS TO JUDGES, THERE IS NO IMMUNITY FOR JUDGES OR PROSECUTORS OR OTHER LAW ENFORCEMENT WHO ENGAGE IN CRIMINAL ACTIVITY. NO ONE IS ABOVE THE LAW. I HAVE PLACED EVERYONE, EVERY DEFENDENT NAMED IN MY LAWSUIT UNDER CITIZENS ARREST, FOR A HOST OF CRIMES, INCLUDING, PERJURY, ASSAULT AND BATTERY, TORTURE AND TERRORISM. THESE PEOPLE ARE RACIST AND WICKED, THEY ARE COMMITTING THE CRIMES AND PUTTING ME IN PRISON.

1 - A OF 7

INDIGENT

LEGAL

## B. DEFENDANTS

1. Name of first Defendant: KATHLEEN ALLISON. The first Defendant is employed as: SECRETARY (Position and Title) at CDCR (Institution).

2. Name of second Defendant: HOWARD E. MOSELEY. The second Defendant is employed as: APPEALS OFFICER (Position and Title) at CDCR (Institution).

3. Name of third Defendant: NURSE KIMBA. The third Defendant is employed as: NURSE (Position and Title) at KERN VALLEY STATE PRISON (Institution).

4. Name of fourth Defendant: NURSE CHAVEZ. The fourth Defendant is employed as: NURSE (Position and Title) at KERN VALLEY STATE PRISON (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? 6. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: MARTIN v. DE LA CRUZ, ET AL,
      2. Court and case number: EASTERN DISTRICT 1:22-CV-00812
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PENDING

   b. Second prior lawsuit:
      1. Parties: MARTIN v. BONILLA, ET AL,
      2. Court and case number: EASTERN DISTRICT 1:22-CV-00810
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PENDING

   c. Third prior lawsuit:
      1. Parties: JARED ANDRE MARTIN v. NORTHCUTT, ET AL,
      2. Court and case number: EASTERN DISTRICT 1:22-CV-00748
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PENDING

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2 OF 7

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 1RST, 4TH, 5TH, 6TH, 8TH AND 14TH Amendments U.S. Constitution.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   KATHLEEN ALLISON IS THE SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. UNDER HER LEADERSHIP (CDCR) MEDICAL STAFF HAVE DEFRAUDED AND TORTURED AND ABUSED ME. SHE (ALLISON) HAS IGNORED ALL MY REQUESTS FOR ASSISTANCE. THE FEW LETTERS I GOT BACK FROM HER OFFICE IN RESPONSE TO MY COMPLAINTS WERE LIKE, SO WHAT, SUE US. OFFICER CARDENAS TOLD SOME MEXICANS TO KILL ME. OFFICER NORTHCUTT BEAT ME AND THREATENED TO KILL ME. OFFICER CASTILLO BEAT ME AND ASSAULTED ME REGULARLY, AND OFFICER DELACRUZ BEAT, ABUSED AND TERRORIZED ME REGULARLY. SECRETARY KATHLEEN ALLISON IS JUST LIKE SO WHAT, SUE US. HER FAILED LEADERSHIP, FAILURE TO PROPERLY SUPERVISE, FAILURE TO DISCIPLINE, FAILURE TO FIRE OR ARREST ANY (CDCR) EMPLOYEES. TOLD THOSE PEOPLE THAT IT WAS OKAY TO TORTURE AND TERRORIZE AND TRY TO KILL ME. ALLISON IS A FAILURE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   ALLISON HAS LET CORRECTIONAL OFFICERS AND OTHER (CDCR) EMPLOYEES MISTREAT ME. I HAVE BEEN PHYSICALLY AND EMOTIONALLY IN PAIN AND TRAUMATIZED REPEATEDLY. ALLISON APPROVES OF LAWLESSNESS.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: First, Fourth, Fifth, Sixth, Eighth, Fourteenth Amendments U.S. Constitution

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   WHEN CORRECTIONAL OFFICER NORTHCUTT BEAT ME FOR NO REASON, NURSE KIMBA HELP TO TRY TO COVER IT UP. KIMBA WROTE A FALSE MEDICAL REPORT AND DELIBERATELY MISQUOTED WHAT I TOLD HIM. NURSE KIMBA ASSISTED IN MULTIPLE COVER UPS AFTER CORRECTIONAL OFFICERS BEAT ME. NURSE KIMBA WOULD ALSO ABUSE ME. KIMBA WOULD NOT GIVE ME MY MEDICATIONS, HE DID THIS MANY TIMES. KIMBA WOULD CURSE ME OUT AND TRY TO GET THE CORRECTIONAL OFFICERS TO BEAT ME UP. NURSE CHAVEZ WOULD ALSO CURSE ME OUT AND NOT GIVE ME MY MEDICINES AND NOT TREAT MY MEDICAL PROBLEMS. I AM IN CHRONIC PAIN FROM HEAD TO TOE, I HAVE ARTHRITIS IN HANDS AND HIPS, A BAD DISL[sic] IN ALL MY BODY, AND A DISC JACKING OUT OF MY SPINE, I AM DIZZY, I HAVE DAILY HEADACHES, I USE A WHEELCHAIR, I FALL ALL THE TIME, DIABETES, STROKE, CANCER, MUSLIE DISEASE AND MORE, I HAVE MULTIPLE MEDICINES AND DOCTORS. NURSES CHAVEZ AND KIMBA DENY ME PROPER MEDICAL TREATMENT AND TRIED TO GET INMATES AND OFFICERS TO BEAT ME UP, THEY ABUSED ME.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   KATHLEEN ALLISON KEPT A HANDS ON POLICY. YOU COULD PUT YOUR HANDS ON AN INMATE, ON ME ANYWAY AND ANYTIME YOU WANTED TO. HOWARD E. MOSELEY WOULD SAY NOTHING HAPPENED.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>First, fourth, 5th, 6th, Eighth And 14th Amendment U.S. Constitution</u>.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The more I told supervisors and internal affairs the more beatings and abuse I got. There was constant retaliation from correctional officers and medical staff. One time I asked nurse Chavez for her name so I could write complaint. She said "fuck you" and then tried to get this inmate she was flirting with to jump on me. I made dozens of complaints about prison employees and they retaliated dozens of times and Kathleen and Howard E. Moseley looked the other way and continued to lie and pretend that nothing was wrong. I am being set up by false write ups and false police reports. I may be going back to prison for false write ups and false police reports. In prison, the employees torture, terrorize and try to kill me and Kathleen Allison and Howard E. Moseley just let it happen. Sacramento, County of Kern, City of Delano let it happen.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The County of Madera just let it happen, the city of Chowchilla just let it happen, Jarrett, Omas, Dejacruz, Northcutt, Huckabay beat, abused and tried to kill me.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5 of 7

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I WANT A JURY TRIAL, I WANT 200 million DOLLARS IN DAMAGES. I WANT U.S. ATTORNEY ASSISTANCE AND FBI PROTECTION BECAUSE THOSE INVOLVED ARE STILL TRYING TO SET ME UP AND SEND ME TO PRISON FOR THINGS, I DID NOT DO. I NEED FEDERAL ASSISTANCE BECAUSE THEY ARE STILL TRYING TO MURDER ME BECAUSE THEY WANT TO SILENCE ME. IT IS A CONSPIRACY. I HAVE WITNESSES AND EVIDENCE, OVER A DOZEN WITNESSES.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2022
              DATE                                                       SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6 of 7

# DECLARATION IN SUPPORT OF 1983 CIVIL RIGHTS LAWSUIT

I, Jared Martin, declare, the foregoing is true and correct. I, also, declare, I have had at times my legal papers, court documents, (evidence) legal paperwork, and legal mail, stolen, not sent out, not signed for, opened and read. I have had prison employees and jail employees tamper with and suppress and steal evidence, that is material and exculpatory in an effort to block litigation of civil actions and to interfere in my criminal cases. I request the federal court to submit referrals to the U.S. Attorney. I also need FBI protection, my life is in danger, government, state and local are in a conspiracy to have me killed in state prison. I, declare, the above is true and correct under penalty of perjury.

DATED 7-18-2022

Jared Martin
#1199594
Madera County Jail
195 Tozer Street
Madera, CA 93638

7 of 7

X _____
Jared Martin
In Pro-Per

INDIGENT LEGAL