UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CASE NO. 1:22-CV-0094
CASE NAME: MARTIN V. ALLISON ET AL

FILED
OCT 05 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## MOTION FOR VOLUNTARY DISMISSAL OF COMPLAINT

IT HAS BECOME EVIDENT THE PLAINTIFF IS THE TARGET OF MULTIPLE ABUSES OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES. IT IS ALSO APPARENT THAT JUDGE MAGISTRATE STANLEY BOONE APPROVES OF CDCR TORTURING CALIFORNIA PRISONERS. THE PLAINTIFF MOVES FOR THIS CASE TO BE DISMISSED. BEFORE ANY FEDERAL JUDGE ATTEMPTS TO REWRITE MY WORDS OR MAKE EXCUSES FOR JUDGE BOONE, LET ME BE CLEAR I AM VOLUNTARILY MAKING MOTION TO DISMISS THIS CASE. I KNOW I HAVE CLAIMS FOR RELIEF BUT I ALSO KNOW STANLEY BOONE. WHATEVER I SAY HE SAYS OPPOSITE. I DO NOT HAVE TIME TO PLAY WITH DIRTY COPS OR CORRUPT FEDERAL JUDGES. STANLEY BOONE HAS BEEN AN ADVOCATE FOR CDCR MUCH TOO LONG. JARED MARTIN REQUESTS DISMISSAL OF CASE NO. 1:22-CV-0094 WITHOUT PREJUDICE.

I DECLARE UNDER PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT.

DATED 9-24-2022
JARED MARTIN #1199594
MADERA COUNTY JAIL 145 TOZER STREET
MADERA, CA 93638

X _____
JARED MARTIN
IN PRO-PER